Hon. Thomas S. Zilly

FILED _____ ENTERED
LODGED _____ RECEIVED

JUL 1 2 2001

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOM O'BRIEN and GUARDIANSHIP SERVICES OF SEATTLE, Guardian ad Litem for DANIEL L. TOPHAM, DDS, an incapacitated person; and CYNTHIA PAULEY-TOPHAM, DDS, individually, and as wife of Daniel L. Topham, and on behalf of their marital community;<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION, a foreign corporation, SURVIVAL TECHNOLOGY, INC., a foreign corporation; MERIDIAN MEDICAL TECHNOLOGIES, INC., a foreign corporation; EM INDUSTRIES, INC, a foreign corporation; CENTER LABORATORIES, a Division of EM INDUSTRIES, INC., a foreign corporation,<br><br>Defendants. | NO. C00-813-C<br><br>MEMORANDUM IN SUPPORT OF DEFENDANT BAYER CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISMISS PLAINTIFFS' STRICT LIABILITY AND CONSUMER PROTECTION ACT CLAIMS AGAINST BAYER CORPORATION<br><br>[FILED UNDER SEAL] |

I. INTRODUCTION AND RELIEF REQUESTED

The case at bar is the sequel to a lawsuit brought by plaintiffs in 1998 for damages arising out of the same incident On July 31, 1997, plaintiff Daniel L. Topham, D D.S., allegedly sustained an allergic

MEMORANDUM IN SUPPORT OF DEFENDANT BAYER
CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT
TO DISMISS PLAINTIFFS' STRICT LIABILITY AND CONSUMER
PROTECTION ACT CLAIMS AGAINST BAYER CORPORATION- 1
1191958 1

Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address P O Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

ORIGINAL