Hon. Thomas S. Zilly

FILED LODGED ___ ENTERED ___ RECEIVED

**AUG 30 2001**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOM O'BRIEN and GUARDIANSHIP SERVICES OF SEATTLE, Guardian ad Litem for DANIEL L. TOPHAM, DDS, an incapacitated person;

Plaintiffs,

v.

BAYER CORPORATION, a foreign corporation,

Defendant.

NO. C00-813-Z

MEMORANDUM IN SUPPORT OF DEFENDANT BAYER CORPORATION'S MOTION FOR SUMMARY JUDGMENT

**[FILED UNDER SEAL]**
**Pursuant to Protective Order**

CV 00-00813 #00000085

y or through the guardian of his estate,

MEMORANDUM IN SUPPORT OF DEFENDANT BAYER CORPORATION'S MOTION FOR SUMMARY JUDGMENT - 1

1209173 1

ORIGINAL

Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address P O Box 21926
Seattle, Washington 98111-3926
(206) 628-6600