THE HONORABLE THOMAS S. ZILLY
NOTED FOR SEPTEMBER 14, 2001

FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 30 2001

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| TOM O'BRIEN and GUARDIANSHIP SERVICES OF Seattle, Guardian ad Litem for DANIEL L. TOPHAM, D.D.S., an incapacitated person,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION, a foreign corporation; SURVIVAL TECHNOLOGY, INC., a foreign corporation; MERIDIAN MEDICAL TECHNOLOGIES, INC., a foreign corporation; EM INDUSTRIES, INC., a foreign corporation, CENTER LABORATORIES, a Division of EM Industries, Inc., a foreign corporation,<br><br>Defendants. | NO. C00-813Z<br><br>MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY<br><br>**(FILED UNDER SEAL)** |



CV 00-00813 #00000090

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT ON LIABILITY - 1

KROW & OTOROWSKI, LLP
ATTORNEYS AT LAW
298 WINSLOW WAY WEST
BAINBRIDGE ISLAND, WASHINGTON 98110
(206) 842-1000, (206) 842-0797 FAX



ORIGINAL