THE HONORABLE THOMAS S. ZILLY

FILED ____ ENTERED
LODGED ____ RECEIVED

AUG 3 0 2001

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| TOM O'BRIEN and GUARDIANSHIP SERVICES OF Seattle, Guardian ad Litem for DANIEL L. TOPHAM, D.D.S., an incapacitated person,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION, a foreign corporation; SURVIVAL TECHNOLOGY, INC , a foreign corporation; MERIDIAN MEDICAL TECHNOLOGIES, INC., a foreign corporation; EM INDUSTRIES, INC., a foreign corporation; CENTER LABORATORIES, a Division of EM Industries, Inc , a foreign corporation,<br><br>Defendants. | NO  C00-813Z<br><br>DECLARATION OF DR  NOEL S. WEISS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>**FILED UNDER SEAL** |

CV 00-00813  #00000093

DECLARATION OF DR  NOEL S  WEISS - 1

MORROW & OTOROWSKI, LLP
ATTORNEYS AT LAW
298 WINSLOW WAY WEST
BAINBRIDGE ISLAND, WASHINGTON  98110
(206) 842-1000, (206) 842-0797 FAX

93

