THE HONORABLE THOMAS S. ZILLY

FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 3 0 2001

CLERK US DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| TOM O'BRIEN and GUARDIANSHIP SERVICES OF Seattle, Guardian ad Litem for DANIEL L. TOPHAM, D.D.S., an incapacitated person,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION, a foreign corporation; SURVIVAL TECHNOLOGY, INC., a foreign corporation; MERIDIAN MEDICAL TECHNOLOGIES, INC., a foreign corporation, EM INDUSTRIES, INC., a foreign corporation, CENTER LABORATORIES, a Division of EM Industries, Inc., a foreign corporation,<br><br>Defendants | NO. C00-813Z<br><br>MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT DISMISSING DEFENDANT BAYER'S AFFIRMATIVE DEFENSES 3 THROUGH 8 REGARDING APPORTIONMENT, COMPARATIVE FAULT, ASSUMPTION OF RISK, AND FAILURE TO MITIGATE DAMAGES<br><br>(FILED UNDER SEAL) |



CV 00-00813  #00000098

ORIGINAL

MORROW & OTOROWSKI, LLP
ATTORNEYS AT LAW
298 WINSLOW WAY WEST
BAINBRIDGE ISLAND, WASHINGTON 98110
(206) 842-1000, (206) 842-0797 Fax